JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA TORRES. an individual and on behalf of all others situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>LAUREL AVENUE, LLC, a Delaware limited liability company; JEANNE STEELE, an individual; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No.  5:22-cv-00684-JLS-SHK<br><br>**ORDER REMANDING ACTION TO SAN BERNARDINO COUNTY SUPERIOR COURT, CASE NO. CIVSB2202708** |

**ORDER**

Pursuant to the parties' Joint Stipulation Regarding Remand to State Court (Doc. 17), the Court hereby REMANDS this action, Case No. CIVSB2202708, to the Superior Court of the State of California for San Bernardino County, with the parties to bear their own costs and attorneys' fees. This Order shall not affect Defendant Laurel Avenue, LLC's right to remove the action again if Plaintiff Sara Torres later takes the position that she suffered an injury in fact that would satisfy Article III's case and controversy requirement as part of the FCRA Claim.

**IT IS SO ORDERED.**

DATED:  November 9, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE